UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NYOKA HUTCHINSON and ARACELLIE DELGADO, on behalf of themselves and all others similarly situated,<br><br>V.<br><br>UNIVERSITY OF SAINT JOSEPH, | NO. 3:21-CV-325 (RNC) |

## JUDGMENT

This action having come before the Court on an amended complaint filed by plaintiffs before the Honorable Robert N. Chatigny, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a ruling and order on January 3, 2022, dismissing the amended complaint without prejudice; plaintiffs having filed a notice of voluntary dismissal on February 3, 2022; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing this case without prejudice.

Dated at Hartford, Connecticut, this 7th day of February 2022.

DINAH MILTON KINNEY, Clerk

By __/s/LL_____
Loraine LaLone
Deputy Clerk

EOD: 2/7/2022